UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR GARCIA CRUZ, LESLIE DOMINGUEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, UR M JADDOU,<br><br>  Defendants. | CASE NO. 2:25-cv-00074-TL<br><br>**ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS** |

Plaintiffs' applications to proceed *in forma pauperis*, Dkts. 3 and 4, are **GRANTED** under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiffs and to the assigned District Court Judge.

DATED this 30th day of January, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATIONS TO
PROCEED IN FORMA PAUPERIS - 1