District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR GARCIA CRUZ, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,[1]<br><br>        Defendants. | Case No. 2:25-cv-00074-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>February 28, 2025 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until June 3, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-130, Petition for Alien Relative. Defendants' response to the Complaint is currently due on April 4, 2025. The parties are currently

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Kika Scott, Senior Official Performing the Duties of the USCIS Director, for Ur M. Jaddou.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00074-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1   working towards a resolution to this litigation.  For good cause, the parties request that the Court
2   hold the case in abeyance until June 3, 2025.
3     Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706
4   (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to
5   control the disposition of the causes on its docket with economy of time and effort for itself, for
6   counsel, and for litigants."  *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.
7     With additional time, this case may be resolved without the need of further judicial
8   intervention.  USCIS recently issued a Request for Evidence ("RFE").  Plaintiffs' response to the
9   RFE is due by May 27, 2025.  Once Plaintiff has submitted the response, USCIS will need time to
10  review it and continue with processing of the Form I-130.  Because further litigation may not be
11  necessary after the review is completed, the parties agree that holding this case in abeyance through
12  June 3, 2025, is appropriate.  Therefore, the parties believe good cause exists for a stay in these
13  proceedings to save the parties and this Court from spending unnecessary time and judicial
14  resources on this matter.
15    Accordingly, the parties request that the Court hold the case in abeyance until June 3, 2025.
16  The parties will submit a joint status report on or before June 3, 2025.
17
18  //
19
20  //
21
22  //
23
24  //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00074-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

//

DATED this 28th day of February, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICE OF SHARA SVENDSEN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email: michelle.lambert@usdoj.gov | *s/ Elaine Fordyce*<br>ELAINE FORDYCE WSBA# 44416<br>Law Office of Shara Svendsen<br>16300 Mill Creek Blvd., Ste. 206<br>Mill Creek, Washington 98012<br>Phone: 425-361-1511<br>Email:  elaine@svenlaw.com<br>*Attorneys for Plaintiffs* |

*Attorneys for Defendants*

*I certify that this memorandum contains 323*
*words, in compliance with the Local Civil Rules.*

**[PROPOSED] ORDER**

The case is held in abeyance until June 3, 2025.  The parties shall submit a status update on or before June 3, 2025.  It is so **ORDERED**.

DATED this 28th day of February, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00074-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800