District Judge Tana Lin

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE

9

OSCAR GARCIA CRUZ, *et al.*,              Case No. 2:25-cv-00074-TL
10
                        Plaintiffs,        STIPULATED MOTION TO DISMISS
11        v.                               AND [~~PROPOSED~~] ORDER

12   UNITED STATES CITIZENSHIP AND         Noted for Consideration:
     IMMIGRATION SERVICES, *et al.*,       April 29, 2025
13
                        Defendants.
14

15          Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of

16   this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation

17   pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel

18   U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-130, Petition for

19   Alien Relative.  USCIS has adjudicated the Form I-130 and this case is now moot.

20

21   //

22

23   //

24

STIPULATED MOTION TO DISMISS                          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00074-TL] - 1                       1201 PACIFIC AVE., STE. 700
                                                      TACOMA, WA 98402
                                                      (253) 428-3800

1    DATED this 29th day of April, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER                          LAW OFFICE OF SHARA SVENDSEN
   Acting United States Attorney

4
   *s/ Michelle R. Lambert*                     *s/ Elaine Fordyce*
5  MICHELLE R. LAMBERT, NYS #4666657            ELAINE FORDYCE WSBA# 44416
   Assistant United States Attorney             Law Office of Shara Svendsen
6  United States Attorney's Office              16300 Mill Creek Blvd., Ste. 206
   Western District of Washington               Mill Creek, Washington 98012
7  1201 Pacific Avenue, Suite 700               Phone: 425-361-1511
   Tacoma, Washington 98402                     Email:  elaine@svenlaw.com
8  Phone: (253) 428-3800                        *Attorneys for Plaintiffs*
   Fax:    (253) 428-3826
9  Email:  michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 72*
   *words, in compliance with the Local Civil Rules.*

12

13

14                        **[~~PROPOSED~~] ORDER**

15
       The case is dismissed without prejudice with each party to bear their own fees and
16
   costs.  It is so **ORDERED**.
17

18
       DATED this 1st day of May, 2025.
19

20                                          _____

21                                          Tana Lin
                                            United States District Judge
22

23

24